396 A.2d 844

Smith v. McKnight Road Dodge, Inc. (et al., Appellant).

Argued October 24, 1978. John W. Jeffrey, for appellant; Antonio D. Pyle, for appellee, Esther K. Smith.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order and judgment affirmed.